Richard L. SCHICK, Appellant,

v.

Amy Marie SCHICK, Respondent.

No. WD 49044.

Missouri Court of Appeals,
Western District.

Jan. 31, 1995.

William E. Simmons, Clinton, for appellant.

Hugh C. Jenkins, Butler, for respondent.

Before KENNEDY, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from an amended decree of dissolution.

Affirmed.   Rule 84.16(b).